Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−33621−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Derrick Mixson
1212 Arlington Ave
Mays Landing, NJ 08330

Carrie H. Mixson
aka Carrie H. Hall
1212 Arlington Ave
Mays Landing, NJ 08330

Social Security No.:
  xxx−xx−9411                                        xxx−xx−7572

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On January 31, 2019 a NOTICE OF HEARING ON APPLICATION FOR COMPENSATION was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
NOTICE DID NOT CONTAIN A HEARING DATE

Corrected to state:
HEARING SCHEDULED FOR 3/14/2019 AT 2:00PM, COURTROOM 4B

The amendment of this notice does not affect deadlines that have been previously set.

Dated: February 4, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-33621-ABA
Derrick Mixson                                                                  Chapter 13
Carrie H. Mixson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Feb 04, 2019
                              Form ID: 196             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2019.
db/jdb         +Derrick Mixson,    Carrie H. Mixson,    1212 Arlington Ave,    Mays Landing, NJ 08330-3519
aty            +Pluese Becker & Salzman, LLC,    20000 Horizon Way,    Suite 900,    Mt. Laurel, NJ 08054-4318
lm             +Cenlar, FSB,    PO Box 77404,    Ewing, NJ 08628-6404
516686198       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516544163      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516544167      +CENLAR/Central Loan Admin & Reporting,    425 Philips Blvd,    Ewing, NJ 08618-1430
516544168      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516544169      +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
516544174      +HomeBridge Financial Services, Inc.,    Pluese, Becker & Saltzman, LLC,
                 20000 Horizon Way, Ste 900,    Mount Laurel, NJ 08054-4318
516563145      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    Attn: BK Department,
                 425 Phillips Boulevard,    Ewing, NJ 08618-1430
516544178     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
516933943       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516568766      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516624318      +VNB Loan Services, Inc.,    subsidiary of Valley National Bank,    747 Chesnut Ridge Rd,
                 Chestnut Ridge, NY 10977-6224
516544180      +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 04 2019 23:51:13      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 04 2019 23:51:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516544164      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 04 2019 23:57:34      Capital One,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
516544170      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 04 2019 23:51:01
                 Comenity Bank/Ashley Stewart,    Po Box 182124,    Columbus, OH 43218-2124
516544171      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 04 2019 23:51:01      Comenity Bank/Torrid,
                 Po Box 182125,    Columbus, OH 43218-2125
516737222       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2019 23:57:46
                 LVNV Funding, LLC its successors and assigns,    as assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516696015      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 04 2019 23:51:10      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516544172      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 04 2019 23:51:10      Midland Funding,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
516580729      +E-mail/PDF: cbp@onemainfinancial.com Feb 04 2019 23:57:27      ONEMAIN,    605 MUNN ROAD,
                 FT. MILL, SC 29715-8421
516544173      +E-mail/PDF: cbp@onemainfinancial.com Feb 04 2019 23:57:59      Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
516544175       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 04 2019 23:57:10
                 Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
516774592       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 05 2019 00:08:54
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516774593       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 04 2019 23:58:19
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516766017       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 04 2019 23:58:19
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516766170       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 05 2019 00:08:54
                 Portfolio Recovery Associates, LLC,    c/o DIRECT MERCHANTS BANK,    POB 41067,
                 Norfolk VA 23541
516766047       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 04 2019 23:58:21
                 Portfolio Recovery Associates, LLC,    c/o Household Bank,    POB 41067,    Norfolk VA 23541
516568601       E-mail/Text: bnc-quantum@quantum3group.com Feb 04 2019 23:51:07
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516544176      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2019 23:56:59      Synchrony Bank/ JC Penneys,
                 Po Box 965064,    Orlando, FL 32896-5064
516544177      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2019 23:57:32      Synchrony Bank/Walmart,
                 Po Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 19

```
District/off: 0312-1           User: admin              Page 2 of 2                   Date Rcvd: Feb 04, 2019
                               Form ID: 196             Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +HomeBridge Financial Services, Inc.,   c/o Cenlar FSB,   Attn: BK Department,
                 425 Phillips Boulevard,    Ewing, NJ 08618-1430
516544165*     +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
516544166*     +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
516544179*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Co,   Toyota Financial Services,   Po Box 8026,
                  Cedar Rapids, IA 52408)
                                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Derrick  Mixson aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Joint Debtor Carrie H. Mixson aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Joint Debtor Carrie H. Mixson bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Brad J. Spiller    on behalf of Debtor Derrick  Mixson bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Robert P. Saltzman    on behalf of Creditor   HomeBridge Financial Services, Inc. dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```