Form: ICB-12001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

**Order Filed on March 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Derrick Mixson
Carrie H. Mixson

Debtor(s)

Case No.:        16-33621 (ABA)

Hearing Date:    03/13/2019

Judge:           Andrew B. Altenburg, Jr.

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: March 14, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Derrick Mixson and Carrie H. Mixson
Case No.: 16-33621 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 12/12/2016, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $562.00 **for a period of 9 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $7,202.00 paid to date.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee of $3,495.00. The unpaid balance of the allowed fee in the amount of $2,805.00 plus costs of $33.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

Page 3 of 3
Debtor: Derrick Mixson and Carrie H. Mixson
Case No.: 16-33621 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the debtor(s), debtor(s)' attorney and any other party filing a Notice of Appearance.

**ORDERED** that the debtor consents to pay secured claims as filed, with reservation of rights to challenge the claims.

**ORDERED** as follows:

Pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Shellpoint Mortgage will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments to Shellpoint Mortgage on account of pre-petition arrears set forth in the proof of claim dated March 28, 2017 and amended June 27, 2018. Total plan length of 36 months.

United States Bankruptcy Court
District of New Jersey

In re:  
Derrick Mixson  
Carrie H. Mixson  
        Debtors

Case No. 16-33621-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Mar 14, 2019  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
db/jdb        +Derrick Mixson,   Carrie H. Mixson,   1212 Arlington Ave,   Mays Landing, NJ 08330-3519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:
          Andrew Thomas Archer    on behalf of Debtor Derrick  Mixson aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Andrew Thomas Archer    on behalf of Joint Debtor Carrie H. Mixson aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Brad J. Spiller    on behalf of Joint Debtor Carrie H. Mixson bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Brad J. Spiller    on behalf of Debtor Derrick  Mixson bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Denise E. Carlon    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage
           Servicing dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Robert P. Saltzman    on behalf of Creditor    HomeBridge Financial Services, Inc. dnj@pbslaw.org
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 9